| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **AMW Machine Control, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Geologic Computer Systems,Inc.** **2505 Williams Drive** **Waterford, MI 48328** | | **Litigation** | **Contingent Unliquidated Disputed** | | | $660,000.00 |
| **Honigman Miller Schwartz and Cohn LLP** **315 E Parkway Suite 100** **Ann Arbor, MI 48108** | | **Attorney fees** | | | | $180,000.00 |
| **Greenstone Farm Credit** **1962 S. State rd** **Ionia, MI 48846** | | **Lender** | | | | $83,000.00 |
| **Crawford & Winiarski** **535 Griswold** **Suite 1500** **Detroit, MI 48226** | | **Expert Witness Fees** | | | | $60,000.00 |
| **Jack Maclean** **PO BOX 125** **125 Cherry Brook Drive** **Reynoldsburg, OH 43068** | | **Commission** | | | | $55,000.00 |
| **DisputeSoft** **57 W 57th St** **New York, NY 10019** | | **Expert witness fees** | | | | $50,000.00 |
| **Chase Card Services** **Po Box 15298** **Wilmington, DE 19850** | | **Credit Card Purchases** | | | | $28,000.00 |

Debtor **AMW Machine Control, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Brooks, Wilkins, Sharkey and Turco**<br>401 S. Old Woodward Ave<br>Suite 400<br>Birmingham, MI 48009 | | **Attorney Fees** | | | | $20,000.00 |
| **Agreplan LLC**<br>PO BOX 221<br>New Carlisle, OH 45344 | | **Vendor** | | | | $20,000.00 |
| **SWMS**<br>4372 S. Wright Rd<br>Westphalia, MI 48894 | | **Vendor** | | | | $18,000.00 |
| **Attorney Russ Brown**<br>543 Marpool Dr<br>Saline, MI 48176 | | **Attorney Fees** | | | | $12,000.00 |
| **David Homrich**<br>9178 Sparta Ave<br>Sparta, MI 49345 | | **Vendor** | | | | $10,500.00 |
| **Lowe Law Firm**<br>2375 Wood Lake Dr.<br>Suite 380<br>Okemos, MI 48864 | | **Attorney fees** | | | | $8,638.00 |
| **Wallker Fluke and Sheldon**<br>525 W. Apple<br>Hastings, MI 49058 | | **Accountant fees** | | | | $5,172.28 |
| **PNC Bank**<br>PO Box 2155<br>Rocky Mount, NC 27802 | | **Credit Card Purchases** | | | | $5,000.00 |
| **Blue Cross, Small Business**<br>588 Three Mile Rd NW<br>Suite 101<br>Grand Rapids, MI 49544 | | **Health insurance** | | | | $3,141.32 |
| **Axiomatic Technology Corp.**<br>5915 Wallace St<br>St. Missisauga, Ontario L4Z1Z8 | | **Vendor** | | | | $133.82 |
| **AT&T**<br>PO BOX 5080<br>Carol Stream, IL 60197 | | **Vendor** | | | | $69.25 |