Exhibit One

## Administrative claims

| Name | Amount | Factor | Total Pro Rata |
|---|---|---|---|
| Keller & Almassian, PLC | $ 100,474.88 | 0.138675 | $ 13,933.37 |
| RD Brown | $ 37,380.00 | 0.138675 | $ 5,183.68 |
| Tom Heed | $ 61,282.50 | 0.138675 | $ 8,498.36 |
| WFS | $ 3,480.00 | 0.138675 | $ 482.59 |
| | $ 202,617.38 | | $ 28,098.00 |