UNITED STATES BANKRUPTCY COURT

WESTERN MICHIGAN OF MICHIGAN

In re:

AMW Machine Control Inc.

      Reorganized Debtor.

_____/

Chapter 11 Proceeding
Case No. 16-02157-jtg
Honorable John T. Gregg

**FINAL DECREE CLOSING THE CHAPTER 11 CASE OF THE REORGANIZED DEBTOR**

Upon consideration of the Motion of the Reorganized Debtor for Entry of an Order Issuing a Final Decree Closing the Chapter 11 Case in the above captioned case; and it appearing that this Court has jurisdiction to consider the Motion, and this Court having determined that the relief requested in the Motion is in the best interests of the Reorganized Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no timely objections have been filed; and after due deliberation thereon; and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. This Order constitutes a final decree in the Chapter 11 Case of AMW Machine Control Inc., which shall be effective on the date of the entry of the decree. The Clerk of the Court shall forthwith close the case.

3. The Reorganized Debtor shall prepare and file its monthly reports for the Third Quarter, 2017 and pay the US Trustee all quarterly fees due and owing with respect to the same.

**<u>END OF ORDER</u>**

**Signed: September 15, 2017**




John T. Gregg
United States Bankruptcy Judge